UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-20422-JEM

WARREN HENRY AUTOMOBILES, INC.,
a Florida corporation, As assignee of JAMES B.
PIRTLE CONSTRUCTION COMPANY, INC., d/b/a
PIRTLE CONSTRUCTION COMPANY and
THE NORTH RIVER INSURANCE COMPANY,

        Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,
a foreign corporation; ARCH SPECIALTY
INSURANCE, a foreign corporation; GEMINI
INSURANCE COMPANY, a foreign corporation;
ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY, a foreign corporation;
MAXUM INDEMNITY COMPANY, a foreign
Corporation; ATLANTIC CASUALTY INSURANCE
COMPANY, a foreign corporation; HOUSTON
SPECIALTY INSURANCE COMPANY, a
foreign corporation; EVANSTON INSURANCE
COMPANY, a foreign corporation; and SCOTTSDALE
INSURANCE COMNPANY, a foreign corporation.,

        Defendants.
_____/

## DEFENDANT ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant Endurance American Specialty Insurance Company ("Endurance"),

by and through undersigned counsel and pursuant to Rule 6(b)(1) of the Federal Rules

of Civil Procedure, hereby files this Unopposed Motion for an Extension of Time to File a Response to the Complaint, and in support states:

1. On February 2, 2024, Defendant Atlantic Casualty Insurance Company, removed this action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the U.S. District Court, Southern District of Florida, Miami Division [D.E. 1].

2. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, Endurance's response to the Complaint is due within seven (7) days after the notice of removal is filed, so the current response deadline is February 9, 2024.

3. Given undersigned counsel's workload and schedule, the scope and complexity of the issues raised in the Complaint, Endurance respectfully requests an 11-day extension of time to file a response to the Complaint, up to and including Tuesday, February 20, 2024.

4. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

5. This is the first time in this case that Endurance has requested an extension. This motion is made in good faith, not for the purpose of delay, and granting the requested extension will not prejudice any party in this action. A proposed Order granting this Motion is attached as Exhibit A.

WHEREFORE, Defendant Endurance American Specialty Insurance Company, respectfully requests that the Court grant Endurance's extension request so that Endurance has up to and including February 20, 2024, to file a response to the Complaint, and any other relief as the Court deems just and proper.

## COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel for Defendant Endurance American Specialty Insurance Company certifies compliance with Local Rule 7.1. Attorney Ryan Hilton conferred with attorney Kelly Corcoran, counsel for Plaintiff, regarding the relief sought in this motion. Plaintiff does not oppose the requested extension of time.

Date: February 9, 2024.

Respectfully submitted,

 /s/ Ryan K. Hilton
FAY E. RYAN, ESQ.
Florida Bar No.: 965944
RYAN K. HILTON, ESQ.
Florida Bar No.: 304610
BUTLER WEIHMULLER KATZ CRAIG LLP
400 N. Ashley Dr., Ste 2300
Tampa, FL 33602
Telephone: 813-281-1900
Facsimile: 813-281-0900
Email: fryan@butler.legal
   rhilton@butler.legal
*Counsel for Defendant Endurance American Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2024, I electronically filed the foregoing Notice of Consent to Removal with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Ryan K. Hilton
RYAN K. HILTON, ESQ.